916 F.2d 1183w
 135 L.R.R.M. (BNA) 2885, 59 USLW 2344,
117 Lab.Cas. P 10,464
 U.S. MARINE CORPORATION and Bayliner Marine Corporation,
Petitioners/Cross-Respondents,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent/Cross-Petitioner,
International Union, Allied Industrial Workers of America,
AFL-CIO, et al., Intervening Respondent.
INTERNATIONAL UNION, ALLIED INDUSTRIAL WORKERS OF AMERICA,
AFL-CIO, et al., Petitioner,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent.
 Nos. 89-2051, 89-2140 and 89-2152.
 United States Court of Appeals,
Seventh Circuit.
 Argued Dec. 5, 1989.
Decided Oct. 18, 1990.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION